## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

KENNETH E. DEAN                                                                                         PLAINTIFF

v.                                            CASE NO. 5:20-CV-5002

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                           DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 14) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this September 21, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE